# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 23-1267

**ANTHONY EMBISCUSO v. PERUZZI BUICK GMC, INC.**

### STIPULATION OF DISMISSAL
### PURSUANT TO F.R.A.P. 42(B)

Pursuant to the settlement reached through the Court's Appellate Mediation Program, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is DISMISSED, pursuant to F.R.A.P. Rule 42(b) with prejudice and without costs against any party.

Respectfully submitted,

| | |
|---|---|
| Eric J. Bronstein, Esquire | Matthew Mobilio, Esquire |
| Lewis, Brisbois, Bisgaard & Smith, LLP | Mobilio Wood |
| 550 E. Swedesford Road, Suite 270 | 609 W. Hamilton Street, Suite 301 |
| Wayne, PA 19087 | Allentown, PA 18101 |
| | |
| Attorney for Appellant | Attorney for Appellee |
| | |
| Dated: 5/30/23 | Dated: 05/31/23 |

## **CERTIFICATE OF SERVICE**

    I, Eric J. Bronstein, Esquire, hereby certify that, on this date, I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document. I further certify that I have paid all costs and fees required to permit the Court to serve copies of this Stipulation of Dismissal upon all parties of record.

*/s/ Eric J. Bronstein*
Eric J. Bronstein

DATED: May 31, 2023